E-FILED
Friday, 13 January, 2006  02:34:29 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Rachel Reinhart, | ) | |
| Plaintiff | ) | |
| | ) | Case No. 04-381 |
| The Hertz Corp., | ) | |
| Defendant | ) | |

### ORDER

Now before the court is the plaintiff's motion to quash (#22) the subpoena issued by defendant to plaintiff's employer. For the following reasons, the motion is denied.

Plaintiff asserts that her personnel file is irrelevant in this slip and fall case, since she is seeking no lost wages. There are several problems with plaintiff's argument. First, as pointed out by defendant, plaintiff's complaint does in fact seek "past and future wage loss." See complaint ¶ 9.

Moreover, even if she has withdrawn that part of the prayer for relief, her personnel file may contain information that could shed light on her claims for damages for loss of normal life, disability and/or emotional distress. The test under Fed.R.Civ.P. 26 is not relevance. Rather, information is discoverable if it is reasonably calculated to lead to the discovery of admissible evidence. Such is the case here.

Accordingly, the motion to quash is denied.

ENTER this 13th day of January 2006.

/ s John A. Gorman

JOHN A. GORMAN

UNITED STATES MAGISTRATE JUDGE